NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**In re: ALFRESCO SOFTWARE, LTD.,**
*Petitioner*

_____

2022-112

_____

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in Nos. 6:20-cv-00920-ADA, 6:20-cv-00928-ADA, and 6:20-cv-00941-ADA, Judge Alan D. Albright.

_____

**ON PETITION**

_____

PER CURIAM.

## O R D E R

Upon consideration of Alfresco Software, Ltd.'s notice that its petition for a writ of mandamus is now moot in light of the district court's reconsideration order granting Alfresco's motion to transfer this case to the United States District Court for the Central District of California,

IT IS ORDERED THAT:

2                                              IN RE: ALFRESCO SOFTWARE, LTD.

    (1)  Alfresco's petition is dismissed.

    (2)  All pending motions are denied.

FOR THE COURT

December 03, 2021                    /s/ Peter R. Marksteiner
      Date                          Peter R. Marksteiner
                                     Clerk of Court

s28